IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH O'NEAL,
ADC #80529     PLAINTIFF

V.     CASE NO. 5:16-CV-00255 JM/BD

DR. STEVEN STRINGFELLOW     DEFENDANT

# ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. O'Neal's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. O'Neal's motion for summary judgment (#33) is DENIED. Defendant Stringfellow's motion for summary judgment (docket entry #28) is GRANTED. Mr. O'Neal's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 17th day of July, 2017.

                                                          UNITED STATES DISTRICT JUDGE